Case 5:10-cr-50110-TLB   Document 251   Filed 12/30/14   Page 1 of 1 PageID #: 1019

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

United States of America )
v. )
)
NOE TORRES-CAVILLO )  Case No: 5:10CR50110-004
)  USM No: 98429-279
Date of Original Judgment: 05/14/2012 )
Date of Previous Amended Judgment: )  Bruce Eddy
*(Use Date of Last Amended Judgment if Any)*       *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **97** months **is reduced to** **78**.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   05/14/2012   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  12/30/2014                    /s/ P. K. Holmes, III
                                           *Judge's signature*

Effective Date:                            Honorable P.K. Holmes, III, Chief United States District Judge
*(if different from order date)*           *Printed name and title*